UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN RUSH,<br><br>      Plaintiff,<br><br>   v.<br><br>WHOLESALE SCREENING SOLUTIONS LLC,<br><br>      Defendant. | Case No. 21-cv-00915-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 60 |

The court has been advised that the parties to this action have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: April 13, 2023



WILLIAM H. ORRICK
United States District Judge